**Opinion issued March 19, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NOS. 01-13-00177-CR and 01-13-00178-CR**

————————————

**IN RE BRANDON J. BUTLER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Brandon J. Butler, a prison inmate proceeding pro se, filed a petition

for writ of mandamus requesting that this Court order the Houston Police

Department's Chief of Police and one of its administration managers to furnish

copies of certain reports. This Court has jurisdiction to issue writs of mandamus

against a judge of a district court or county court and to issue writs of mandamus

necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West

2004).  This Court has no jurisdiction over the parties about whom the relator complains, and issuing a writ of mandamus against them is not necessary to enforce our jurisdiction.  Accordingly, we lack jurisdiction in this matter.  *See id.*; *cf. In re Lagaite*, No. 01-04-01313-CR, 2005 WL 327343, at \*1 (Tex. App.—Houston [1st Dist.] Feb. 10, 2005, orig. proceeding) (mem. op., not designated for publication) (denying, for lack of jurisdiction, mandamus petition against municipal police department that had refused to provide copy of criminal complaint).  The petition for writ of mandamus is denied.

## PER CURIAM

Panel consists of Justices Keyes, Sharp, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).